Dismissed and Memorandum Opinion filed July 22, 2008








Dismissed
and Memorandum Opinion filed July 22, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00554-CV

____________

 

IN RE ROMARCUS DEON MARSHALL, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On July
1, 2008, Romarcus Deon Marshall, filed a motion for DNA testing in this court. 
However, Marshall has not filed a petition for writ of mandamus in this court. 
Without an accompanying original proceeding pending in this court, we do not
have jurisdiction over this motion.  See Tex. Gov=t Code Ann '22.221 (Vernon 2004).  

Accordingly,
this proceeding is ordered dismissed.

PER
CURIAM

 

Dismissed and Memorandum Opinion
filed July 22, 2008.

Panel consists of Justices Yates,
Anderson, and Brown.